UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.    2:24cv10865 CAS (RAOx)                                              Date: December 19, 2025

Title    *NAEL ADHAMAT v. ALEJANDRO MAYORKAS; ET AL.*

Present: The Honorable:    **CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE**

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(IN CHAMBERS) – ORDER TO SHOW CAUSE**

On October 24, 2025, the Court denied plaintiff's request to enter default against all defendants without prejudice because plaintiff failed to properly serve defendants [18], and renew his request to enter default, after he has properly served defendants. To date, no activity has occurred in the above-referenced action.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **January 20, 2026**, why this action should not be dismissed for lack of prosecution as to defendants.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider a corrected and proper proofs of service of summons and complaint on **defendants ALEJANDRO MAYORKAS; UR MENDOZA JADDOU; and DAVID RADEL** on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |